**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:08CR732-DJS |
| | ) | |
| **JASON BEARD,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on April 8, 2009, and the supplemental report and recommendation issued on May 27, 2009, and in consideration of the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #32] is accepted and adopted.

**IT IS FURTHER ORDERED** that the magistrate judge's supplemental report and recommendation [Doc. #48] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant Jason Beard's motion to suppress evidence [Doc. #21] is denied.

Dated this ___2nd___ day of July, 2009.

                                             /s/Donald J. Stohr
                                             UNITED STATES DISTRICT JUDGE